IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02848–WDM–KMT

RICK GROSVENOR, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation,
QWEST SERVICES CORPORATION, a Colorado corporation,
QWEST CORPORATION, a Colorado corporation,
QWEST COMMUNICATIONS CORPORATION, a Delaware corporation, and
QWEST BROADBANK SERVICES, INC., a Delaware corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Unopposed Motion to Withdraw as Counsel" (#68, filed November 29, 2010). Being otherwise fully advised, it is hereby ORDERED that the Motion (#68) is GRANTED. Attorney Kristin A. Knudson is relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk of Court is instructed to remove Ms. Knudson from the electronic certificate of mailing.

Dated: November 29, 2010