**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  09-cv-02848-WDM-KMT

RICK GROSVENOR,

        Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., etc., et al.,

        Defendants.

---

**ORDER  DISMISSING CERTAIN PARTIES**

---

THIS MATTER came before the Court upon the Stipulated Motion to Dismiss Certain Parties.  The Court, having read the Motion and being fully advised on the premises, hereby GRANTS the Stipulated Motion to Dismiss Certain Parties.

Qwest Communications International, Inc., Qwest Communications Company, LLC and Qwest Services Corp, are dismissed from this case with prejudice.  Qwest Corporation and Qwest Broadband Services, Inc. will remain as Defendants.  The caption will now read *Richard Grosvenor v. Qwest Corporation and Qwest Broadband Services, Inc.*

April 21, 2011

_____
Senior Judge Walker D. Miller

5408\356\1503584.1